United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>REGENCY HOSPITALITY LLC,<br><br>　　　　　Defendant. | Case No. 19-cv-07506-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ORDER TO SHOW CAUSE** |

　　　　The parties filed a notice of settlement on September 14, 2020.  ECF No. 32.  The same day, the Court issued an order requiring, among other things, that the parties file by October 30, 2020 either a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation.  ECF No. 33.  The Court set a case management conference on November 17, 2020 that would be vacated automatically if a stipulation of dismissal were timely filed.  *Id.*

　　　　No statement has been filed in response to the Court's order and the case has not been dismissed.  Accordingly, the case management conference currently scheduled for November 17, 2020 is CONTINUED to December 15, 2020 at 2:00 p.m.  At the same date and time, the parties are ORDERED TO SHOW CAUSE why monetary sanctions should not be imposed against them.  Federal courts have the inherent power to impose monetary sanctions for willful disobedience of a court order after a litigant has been given notice and an opportunity to be heard.  *Roadway*

/ / /

/ / /

/ / /

/ / /

*Express, Inc. v. Piper*, 447 U.S. 752, 764-67 (1980) (citations omitted).  A written response to this order to show cause is due by December 8, 2020.

**IT IS SO ORDERED.**

Dated:  November 12, 2020

_____
JON S. TIGAR
United States District Judge